UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 13-10896 |
| | ) Chapter 11 |
| | ) |
| | ) **Interim Application for Attorney's Fees and** |
| | ) **Expenses** |
| | ) |
| MMD STONE, LLC | ) Hearing Date: **May 4, 2015** |
| | ) Hearing Time: 2:00 p.m. |
| | ) Hearing Location: Limbaugh Federal Courthouse |
| | ) 555 South Independence, Cape Girardeau, Missouri |
| | ) Courtroom: 3A |
| | ) |
| | ) Response/Objection Due: **April 27, 2015** |
| | ) |
| | ) Movants' Attorney: Erica D. Koetting |
| Debtor. | ) 1736 North Kingshighway |
| | ) Cape Girardeau, MO 63701 |

## INTERIM APPLICATION FOR ORDER APPROVING ATTORNEY'S FEES AND EXPENSES AND AUTHORIZING PARTIAL PAYMENT OF FUTURE FEES AND EXPENSES

Erica D. Koetting, ("Koetting"), attorney for Debtor, MMD Stone, LLC, ("Debtor"), states the following for this Application:

1. Debtor filed its Chapter 11 proceeding on August 29, 2013.

2. Koetting has been approved and appointed by this Court as the Debtor's Attorney, along with other members of Koetting's firm, O'Loughlin, O'Loughlin & Koetting, L.C.

3. This is the fourth Fee Application filed by attorney Erica D. Koetting.

4. Attached as part of this Motion is a billing listing the time, dates of service, description of the service provided as well as a listing of expenses from September 1, 2014, through March 31, 2015.

5. Koetting charges $185.00 per hour.

6. The fees and expenses requested are reasonable.

7. This is a summary of the status of the fees and expenses from September 1, 2014, through March 31, 2015:

| **Month** | **Fees** | **Expenses** | **Hours** |
|-----------|----------|--------------|-----------|
| September 2014 | 943.50 | 89.16 | 5.10 |
| October 2014 | 703.00 | 30.66 | 3.80 |
| November 2014 | 1,036.00 | 2.92 | 5.60 |
| December 2014 | 1,961.00 | 3.92 | 10.60 |
| January 2015 | 1,073.00 | 20.16 | 5.80 |
| February 2015 | 3,626.00 | 3.92 | 19.60 |
| March 2015 | 1,110.00 | 0.00 | 6.00 |
| **TOTAL** | **$10,452.50** | **$150.74** | **56.50** |

8. Koetting requests the Court to approve all of the fees and authorize their payment in full as stated in the preceding Paragraph for the term of September 1, 2014, through March 31, 2015.

9. Koetting is not holding any advance fee as of the date of this Application.

10. Koetting also requests authority of the Court to pay 80% of future attorney fees and 100% of expenses without further order of the Court for April, May, June and July, 2015.

11. Three prior fee applications have been filed.

12. Attached are a Notice of Hearing and Summary of Interim Application For Compensation and Reimbursement of Expenses and Certificate of Mail Service of that Notice and Summary as part of this Application.

WHEREFORE, Erica D. Koetting, the Debtor's attorney as authorized by this Court, requests an order of the Court approving and authorizing attorney fees in the amount of $10,452.50 and expenses in the amount of $150.74, for the term of September 1, 2014, through March 31, 2015, and further authorizing 80% payment of future attorney's fees for

2

the months of April, May, June and July, 2015 and 100% of expenses incurred during that

same term and for such other relief as the Court believes proper.

Respectfully submitted,

O'LOUGHLIN, O'LOUGHLIN & KOETTING, L.C.
Attorneys at Law
1736 N. Kingshighway
Cape Girardeau, MO 63701
Telephone: 573/334-9104
Facsimile: 573/334-5256
ericak@oloughlinlawfirm.com

Date executed:

April 1, 2015            By_____

Erica D. Koetting – U.S. District Court Bar #51908MO

# O'Loughlin, O'Loughlin & Koetting, L.C.

**Attorneys at Law**
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

September 30, 2014

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

Client Number:  11-0143  M. Matt Durand
Matter Number:  2013-526  MMD Stone, LLC (Chapter 11)
**For Services Rendered Through 9/30/2014.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 9/3/2014 | EK | Send letter to client regarding attorney fees. | 0.10 | $18.50 |
| 9/8/2014 | EK | Receive and review weekly update. Forward to Cullen Kuhn for his review. Review and respond to emails. | 0.50 | $92.50 |
| 9/9/2014 | EK | Receive email from client regarding billing. Forward breakdown and August bill. Convert attachments to weekly update to PDF and send to Sabal's attorney. Review and respond to email from the Court regarding motion to administratively close the case. | 0.30 | $55.50 |
| 9/10/2014 | EK | Telephone call with Richard Aguilar concerning the Wells Fargo motion hearing. Email Richard regarding the matter and whether it should be moved to the November docket. | 0.20 | $37.00 |
| 9/12/2014 | EK | File Certificate of No Response regarding the Stipulation and Agreed Order regarding non-material modifications of the Plan. | 0.10 | $18.50 |
| 9/15/2014 | EK | Review letter from attorney for Cape Sand. Forward the letter to client for review. Telephone call with Daryl regarding monthly operating reports. Telephone call with Marshall Hardison regarding the letter from the attorney for Cape Sand. Telephone call with Don regarding the letter from attorney for Cape Sand. Respond to clients email concerning attorney fees. | 0.70 | $129.50 |

Continued On Next Page

| Date | | Description | Hours | Fees |
|------|---|-------------|-------|------|
| 9/17/2014 | EK | Email Don regarding sale update. Telephone call with Dale Gerecke concerning Cape Sand lease. | 0.40 | $74.00 |
| 9/17/2014 | EK | Prepare letter to Dale Gerecke. Prepare letter to Don Navarro regarding Cape Girardeau Sand Company lease. | 0.30 | $55.50 |
| 9/18/2014 | EK | Receive email from Cullen Kuhn regarding update with sale process. Review email from Richard Aguilar. Prepare Amended Notice of Hearing. Prepare email to client regarding my conversation with Dale Gerecke. Receive email from client and respond. Review client's response concerning the Cape Sands issue. | 0.50 | $92.50 |
| 9/19/2014 | EK | Review email from Cullen Kuhn. Forward Cullen Kuhn's email to KPN for response. | 0.10 | $18.50 |
| 9/22/2014 | EK | Email KPN regarding sale process updates. Review Don's response. Review Cullen's email concerning the sale process. | 0.20 | $37.00 |
| 9/23/2014 | EK | Telephone call with Don Navarro. Prepare email to Cullen Kuhn regarding the sale process. | 0.40 | $74.00 |
| 9/25/2014 | EK | Prepare email to Don Navarro regarding status update. Receive request for update from Cullen Kuhn. Receive email from Don Navarro saying that he will call me after he has had a chance to put together the information I requested. | 0.30 | $55.50 |
| 9/29/2014 | EK | Review and respond to Don Navarro's email. Review fax letter from Dale Gerecke concerning Cape Sands lease issue. Forward the letter to client. Telephone call with client concerning payment of the Cape Sands royalties for the month of August. | 0.70 | $129.50 |
| 9/30/2014 | EK | Telephone call with Don Navarro concerning status update. | 0.30 | $55.50 |
| | | **Billable Hours / Fees:** | **5.10** | **$943.50** |

## Cost Summary

| Description | Amount |
|-------------|--------|
| Photocopies | $48.00 |
| Postage | $41.16 |
| **Total Costs** | **$89.16** |

Continued On Next Page

| | |
|---|---|
| **Prior Balance:** | $8,953.31 |
| **Payments Received:** | $0.00 |
| **Unpaid Prior Balance:** | $8,953.31 |
| **Current Fees:** | $943.50 |
| **Advanced Costs:** | $89.16 |
| **TOTAL AMOUNT DUE:** | $9,985.97 |

Thank you for your confidence in allowing
me to perform these services for you.

**O'Loughlin, O'Loughlin & Koetting, L.C.**
Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

October 31, 2014

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

Client Number:  11-0143  M. Matt Durand
Matter Number:  2013-526  MMD Stone, LLC (Chapter 11)
For Services Rendered Through 10/31/2014.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/1/2014 | EK | Receive email from Cullen Kuhn. Forward for response. | 0.10 | $18.50 |
| 10/2/2014 | EK | Receive and review email from Don Navarro. Prepare email to Cullen Kuhn regarding update. Telephone call with Don Navarro. | 0.30 | $55.50 |
| 10/3/2014 | EK | Review email from Brent Meche. Respond to all concerning the payment to Cape Sands. Review spreadsheet prepared by Brent and respond. Telephone call with Brent regarding the issue. | 0.50 | $92.50 |
| 10/6/2014 | EK | Receive and review email from Don Navarro concerning status. Prepare and submit Order on motion for attorney fees. | 0.30 | $55.50 |
| 10/7/2014 | EK | Email client regarding fees. | 0.10 | $18.50 |
| 10/8/2014 | EK | Email client regarding status. | 0.10 | $18.50 |
| 10/10/2014 | EK | Review email from Don Navarro. Review email from Cullen Kuhn. Respond to Cullen and Don's emails concerning the matter. | 0.30 | $55.50 |
| 10/17/2014 | EK | Telephone call with Richard Aguilar. Email client regarding continuance of the Wells Fargo estimation of claim motion and progress in sale process. | 0.20 | $37.00 |

Continued On Next Page

Client Number:    11-0143                                                        10/31/2014
Matter Number:    2013-526                                                       Page:    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/2014 | EK | Receive and review email from Richard Aguilar at Wells Fargo. Prepare Amended Notice for filing. Forward Notice to attorney for Wells Fargo. | 0.30 | $55.50 |
| 10/22/2014 | EK | Telephone call with attorney for Wells Fargo. Email client regarding sale of push boat. Review responses. Receive and respond to messages about attempted contact with Sabal by investor. Email Cullen regarding investor. | 0.40 | $74.00 |
| 10/24/2014 | EK | Email Don Navarro regarding additional contact with Sabal. Review Don's response. Call Cullen Kuhn and leave a message. Telephone call with Cullen Kuhn regarding contact with Sabal and potential note purchaser. Email John Weinstein and client regarding contact with Cullen Kuhn. Review email from John Weinstein regarding his conversation with Cullen. | 0.60 | $111.00 |
| 10/27/2014 | EK | Review and respond to email concerning lien issues. Speak with client over the phone regarding lien on equipment. | 0.30 | $55.50 |
| 10/28/2014 | EK | Telephone call with Mike Payne regarding client interested in purchasing a portion of the property. | 0.30 | $55.50 |

| | Billable Hours / Fees: | 3.80 | $703.00 |
|---|---|---|---|

## Cost Summary

| Description | Amount |
|---|---|
| Photocopies | $10.50 |
| Postage | $20.16 |
| **Total Costs** | **$30.66** |

| | |
|---|---|
| Prior Balance: | $9,985.97 |
| Payments Received: | $0.00 |
| Unpaid Prior Balance: | $9,985.97 |
| Current Fees: | $703.00 |
| Advanced Costs: | $30.66 |
| **TOTAL AMOUNT DUE:** | **$10,719.63** |

Thank you for your confidence in allowing
me to perform these services for you.

# O'Loughlin, O'Loughlin & Koetting, L.C.

Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

November 30, 2014

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

Client Number:    11-0143  M. Matt Durand
Matter Number:    2013-526  MMD Stone, LLC (Chapter 11)
**For Services Rendered Through 11/30/2014.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/4/2014 | EK | Review email from Cullen Kuhn. Forward email to client for review and response. | 0.20 | $37.00 |
| 11/5/2014 | EK | Telephone call with Don Navarro. Telephone call with Marshall Hardison. Email Brent at MMD Stone regarding needed information. Prepare response email to Cullen Kuhn. Wait to send until I receive all documents. | 0.80 | $148.00 |
| 11/5/2014 | EK | Receive mining permit and attach it to Cullen Kuhn's email along with Exhibit listing equipment and machinery and send. | 0.20 | $37.00 |
| 11/6/2014 | EK | Review email from Cullen Kuhn and respond. Forward email to client regarding inspection of property and collateral. Email client regarding the letter we received from the landlord and lease. Email client regarding cash collateral statements that I am waiting on to send to Sabal. Review email from Cullen Kuhn regarding the property inspection. Review email from client regarding letters to and from the landlord and payment of additional royalties to resolve the issues with the landlord. | 0.60 | $111.00 |
| 11/6/2014 | EK | Review account statements. Prepare email to Cullen Kuhn sending account statements and lease notice and response. | 0.40 | $74.00 |

**Continued On Next Page**

| Client Number: | 11-0143 | | | | 11/30/2014 |
| Matter Number: | 2013-526 | | | | Page:   2 |

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/2014 | EK | Email client regarding monthly operating reports and Wells Fargo estimation of claim motion. | 0.20 | $37.00 |
| 11/17/2014 | EK | Return call from Richard Aguilar, the attorney for Wells Fargo. Speak with him regarding the estimation hearing. Prepare Amended Notice resetting the hearing on the matter to January 12, 2015. | 0.30 | $55.50 |
| 11/18/2014 | EK | Review emails from Mike Heffner and respond regarding Wells Fargo evaluation of claim issue. | 0.30 | $55.50 |
| 11/19/2014 | EK | Review email from Wells Fargo's attorney. Call the attorney and leave a message. | 0.10 | $18.50 |
| 11/20/2014 | EK | Telephone call with Richard Aguilar concerning Wells Fargo's Proof of Claim and possible settlement. Prepare email to Richard regarding the matter. Review email from Cullen Kuhn and respond regarding actions going forward. Email client requesting an update. Review response. | 0.60 | $111.00 |
| 11/21/2014 | EK | Telephone call with client. Review email from client regarding status update. | 0.40 | $74.00 |
| 11/21/2014 | EK | Telephone call with Cullen Kuhn. Telephone call with client regarding sale process and my discussion with Cullen. Review email and respond. | 0.90 | $166.50 |
| 11/24/2014 | EK | Review email from Richard Aguilar. | 0.10 | $18.50 |
| 11/25/2014 | EK | Respond to Richard Aguilar. Speak with Richard over the phone regarding the Wells Fargo matter. | 0.30 | $55.50 |
| 11/26/2014 | EK | Receive and review email from Cullen Kuhn. Forward term sheet to client for review and response. | 0.20 | $37.00 |
| | | **Billable Hours / Fees:** | 5.60 | $1,036.00 |

## Cost Summary

| Description | Amount |
|-------------|--------|
| Photocopies | $1.00 |
| Postage | $1.92 |
| **Total Costs** | **$2.92** |

Continued On Next Page

Client Number:    11-0143                                                          11/30/2014
Matter Number:    2013-526                                                          Page:    3

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 11/11/2014 | Check Number 91585 | ($6,207.17) |
| | **Total Payments Received:** | ($6,207.17) |

| | | | |
|---|---|---|---|
| **Prior Balance:** | $10,719.63 | | |
| **Payments Received:** | ($6,207.17) | **Last Payment:** | **11/11/2014** |
| **Unpaid Prior Balance:** | $4,512.46 | | |
| **Current Fees:** | $1,036.00 | | |
| **Advanced Costs:** | $2.92 | | |
| **TOTAL AMOUNT DUE:** | **$5,551.38** | | |

Thank you for your confidence in allowing
me to perform these services for you.

**O'Loughlin, O'Loughlin & Koetting, L.C.**

Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

December 31, 2014

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

---

Client Number:   11-0143  M. Matt Durand
Matter Number:   2013-526  MMD Stone, LLC (Chapter 11)
**For Services Rendered Through 12/31/2014.**

---

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/2/2014 | EK | Follow up with client regarding revised term sheet sent by attorney for Sabal. | 0.20 | $37.00 |
| 12/8/2014 | EK | Telephone call with Mike Payne. Send email to Don Navarro and Matt Durand regarding my conversation with Mike. Review response. | 0.80 | $148.00 |
| 12/9/2014 | EK | Receive email from Cullen Kuhn regarding the proposed term sheet. Forward to client with email requesting response. Email Cullen regarding response. Review Cullen's response. | 0.40 | $74.00 |
| 12/10/2014 | EK | Telephone call with Mike Payne concerning MMD Stone. Email client regarding the issue. | 0.40 | $74.00 |
| 12/10/2014 | EK | Send Sabal's term sheet with my comments to client for discussion. Receive message from client. They are not available this afternoon. Set appointment for Thursday morning to discuss the term sheet and my comments. | 0.40 | $74.00 |
| 12/11/2014 | EK | Review term sheet amendment and original plan terms. Call client and leave a message. Speak with client concerning plan terms. Client will contact me back. | 0.80 | $148.00 |
| 12/15/2014 | EK | Telephone call with client. Email regarding the status and response to term sheet provided by Sabal. Email Sabal regarding status and talks with potential note purchaser. | 0.90 | $166.50 |

**Continued On Next Page**

| Client Number: | 11-0143 | | 12/31/2014 |
| Matter Number: | 2013-526 | | Page: 2 |

| | | | | |
|---|---|---|---|---|
| 12/17/2014 | EK | Telephone call with Mike Payne concerning issues in the case. | 0.40 | $74.00 |
| 12/18/2014 | EK | Receive email from Cullen Kuhn regarding term sheet. Forward to client. Request immediate response. Review response regarding travel. Call regarding term sheet. Not able to speak with client. | 0.30 | $55.50 |
| 12/19/2014 | EK | Telephone call regarding term sheet. Email Cullen regarding respone to the term sheet. | 0.40 | $74.00 |
| 12/20/2014 | EK | Receive Motion to Lift Stay. Forward Motion to Lift Stay filed by Cape Sands to client. | 0.70 | $129.50 |
| 12/23/2014 | EK | Review emails from client regarding time to discuss Motion to Lift Stay. | 0.20 | $37.00 |
| 12/29/2014 | EK | Telephone conference with client regarding Motion for Relief from Automatic Stay. Prepare draft of response to Motion for Relief from Automatic Stay. | 1.90 | $351.50 |
| 12/30/2014 | EK | Receive tonnage reports, Citizens Electric bills and other documents by email. Forward Response to Motion to Lift Stay. Attach Citizens Electric bills to the Motion. Revise the Motion. Email Richard Aguilar regarding Wells Fargo motion. Receive Richard's response. Receive email from client regarding inability to discuss term sheet at this time due to travel. | 2.10 | $388.50 |
| 12/31/2014 | EK | Revise Response to Motion to Lift Stay. Review Motion to Enforce Plan. Forward to client. Suggest discussion on Friday, January 2, 2015. | 0.70 | $129.50 |

| | | | |
|---|---|---|---|
| | **Billable Hours / Fees:** | **10.60** | **$1,961.00** |

## Cost Summary

| Description | Amount |
|---|---|
| Photocopies | $2.00 |
| Postage | $1.92 |
| **Total Costs** | **$3.92** |

**Continued On Next Page**

Client Number:      11-0143

Matter Number:      2013-526

12/31/2014

Page:   3

| | |
|---|---|
| **Prior Balance:** | $5,551.38 |
| **Payments Received:** | $0.00 |
| **Unpaid Prior Balance:** | $5,551.38 |
| **Current Fees:** | $1,961.00 |
| **Advanced Costs:** | $3.92 |
| **TOTAL AMOUNT DUE:** | $7,516.30 |

Thank you for your confidence in allowing
me to perform these services for you.

## O'Loughlin, O'Loughlin & Koetting, L.C.

Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

January 31, 2015

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

Client Number:  11-0143  M. Matt Durand
Matter Number:  2013-526  MMD Stone, LLC (Chapter 11)
For Services Rendered Through 1/31/2015.

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 1/5/2015 | EK | Review and respond to Don Navarro's email concerning meeting to discuss Sabal's motion to enforce the Plan. | 0.20 | $37.00 |
| 1/8/2015 | EK | Prepare Response to Expedited Motion to Enforce Rights Under Debtor's Second Amended Plan of Reorganization Dated April 24, 2014. Prepare letter to Cullen Kuhn. | 1.10 | $203.50 |
| 1/9/2015 | EK | Telephone calls with client regarding response to Sabal's Motion and proposal for settlement. Revise response and proposal. Email to client for review. Telephone call regarding the proposal. | 2.10 | $388.50 |
| 1/16/2015 | EK | Call Don Navarro and leave a message concerning cash collateral issue. Review email from Don Navarro. Review email from Cullen Kuhn and forward to Don Navarro. | 0.30 | $55.50 |
| 1/20/2015 | EK | Review Daryl's message. Call Daryl and discuss unsecured claims with him. Provide a copy of the claims register and other documents to Daryl along with a letter. Telephone call with client regarding current issues. | 0.50 | $92.50 |
| 1/21/2015 | EK | Telephone call with client. Review email from Sabal's attorney and forward to client. | 0.40 | $74.00 |
| 1/21/2015 | EK | Review Confidentiality Agreement. | 0.20 | $37.00 |

Continued On Next Page

| Client Number: | 11-0143 | | | | 1/31/2015 |
|---|---|---|---|---|---|
| Matter Number: | 2013-526 | | | | Page: 2 |

| | | | | | |
|---|---|---|---|---|---|
| 1/23/2015 | EK | Telephone call with Richard Aguilar. Prepare Amended Notice of Hearing for filing. | 0.30 | $55.50 |
| 1/26/2015 | EK | Telephone call with Marshall Hardison regarding visitor to MMD Stone. | 0.20 | $37.00 |
| 1/26/2015 | EK | Receive transfer documents and review. Forward to client. | 0.30 | $55.50 |
| 1/30/2015 | EK | Receive Notice from Cape Sands. Forward to client. Telephone call regarding notice. | 0.20 | $37.00 |

|  | Billable Hours / Fees: | 5.80 | $1,073.00 |
|---|---|---|---|

## Cost Summary

| Description | Amount |
|---|---|
| Photocopies | $13.00 |
| Postage | $7.16 |
| **Total Costs** | **$20.16** |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 1/13/2015 | Check Number 91614 | ($5,470.20) |
| | **Total Payments Received:** | **($5,470.20)** |

| | | |
|---|---|---|
| **Prior Balance:** | $7,516.30 | **Last Payment: 1/13/2015** |
| **Payments Received:** | ($5,470.20) | |
| **Unpaid Prior Balance:** | $2,046.10 | |
| **Current Fees:** | $1,073.00 | |
| **Advanced Costs:** | $20.16 | |
| **TOTAL AMOUNT DUE:** | **$3,139.26** | |

Thank you for your confidence in allowing
me to perform these services for you.

# O'Loughlin, O'Loughlin & Koetting, L.C.

### Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

February 28, 2015

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

---

Client Number:  11-0143  M. Matt Durand
Matter Number:  2013-526  MMD Stone, LLC (Chapter 11)
For Services Rendered Through 2/28/2015.

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/2/2015 | EK | Telephone call with client concerning Cape Sands issue. Review the response to Cape Sands' Motion. Research regarding the affect of confirmation of plan stating there is no default under the terms of the lease. | 0.80 | $148.00 |
| 2/3/2015 | EK | Review email from Cullen Kuhn regarding response to settlement documents. Respond to Cullen's email. Forward to client. Review Cullen's response. Review email for client. | 0.50 | $92.50 |
| 2/4/2015 | EK | Prepare draft of proposed letter to Paul Berens and Cullen Kuhn regarding purchase of the note and workout of the issues regarding the lease. Email client to follow up regarding the transfer documents and accuracy of the listed equipment. | 0.90 | $166.50 |
| 2/4/2015 | EK | Review notice to Sabal regarding termination of the lease. Email client regarding the issue. Review transfer documents sent by Sabal. Email client regarding needed information. | 1.10 | $203.50 |
| 2/4/2015 | EK | Telephone call with client. Review Exhibit to Bill of Sale with MMD Stone. Telephone call concerning certain items on the Bill of Sale. Request current accounts receivable. Prepare letter to Sabal Financial's attorney. Receive email from Martha Dahm at the Trustee's Office. Advise Martha regarding the status of the case. | 1.70 | $314.50 |

Continued On Next Page

Client Number:   11-0143                                                                          2/28/2015
Matter Number:   2013-526                                                                        Page:   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/2015 | EK | Telephone call with client. Review and revise letter to Sabal Financial. Cross reference Exhibit to Bill of Sale with equipment list. | 0.70 | $129.50 |
| 2/4/2015 | EK | Review email from client. Receive call from client regarding change to the Exhibit to Bill of Sale. Revise email to Cullen Kuhn and send for his review. | 0.30 | $55.50 |
| 2/6/2015 | EK | Telephone call with Paul Berens concerning Cape Sands lease. | 0.30 | $55.50 |
| 2/9/2015 | EK | Telephone call with client. Prepare for hearings in the afternoon. Attend hearings. | 1.90 | $351.50 |
| 2/12/2015 | EK | Review email from Sabal's attorney. Respond and send follow up email to client. | 0.20 | $37.00 |
| 2/12/2015 | EK | Review text message. Call client. Speak with Tom O'Loughlin regarding the matter. Text staff to gather documents for Tom's review. | 0.80 | $148.00 |
| 2/16/2015 | EK | Two telephone calls with client regarding Confidentiality and Non-Circumvention Agreement. Review email from client regarding the issue. | 1.30 | $240.50 |
| 2/17/2015 | EK | Review Confidentiality Agreement. Email client regarding agreement. Prepare draft letter to attorney for David Herbst. Review client's response to order enforcing plan. Email Cullen Kuhn. Review Cullen Kuhn's email. | 1.90 | $351.50 |
| 2/18/2015 | EK | Review response from Dean White. Forward to client. Review and respond to email from Wynne. Email draft letter to Dean White to client. Make changes. | 0.40 | $74.00 |
| 2/19/2015 | EK | Prepare Final Fee Application. | 1.50 | $277.50 |
| 2/20/2015 | EK | Telephone call with client and Marshall Hardison concerning Capital Sands. Answer client's questions regarding transfer. | 0.40 | $74.00 |
| 2/23/2015 | EK | Review email from Cullen Kuhn. Forward to client. Review email from client regarding issues. Email client regarding leased equipment located on the premises and whether the equipment can be moved prior to transfer. Speak with client regarding transfer issues. | 0.40 | $74.00 |
| 2/24/2015 | EK | Send email to client regarding the Wells Fargo issue. | 0.10 | $18.50 |

Continued On Next Page

| Client Number: | 11-0143 | | | | 2/28/2015 |
| Matter Number: | 2013-526 | | | | Page:  3 |

| | | | | | |
|---|---|---|---|---|---|
| 2/24/2015 | EK | Prepare Withdrawal of Objection to Wells Fargo's Proof of Claim for filing. | 0.20 | $37.00 |
| 2/24/2015 | EK | Review email from client regarding Wells Fargo matter. Wait for the response from client before advising Richard Aguilar regarding the issue. Review and respond to email from Cullen. Forward email to client. | 0.30 | $55.50 |
| 2/25/2015 | EK | Telephone call with client. Email Cullen Kuhn regarding several issues. Telephone call with Cullen Kuhn. Email client with a detail of my conversation with Cullen Kuhn and our discussion of several issues raised. | 1.20 | $222.00 |
| 2/26/2015 | EK | Review email from Don Navarro. Respond to Marshall's voicemail by text message. Forward Quarry Operation Memo to Cullen Kuhn. Telephone call with Richard Aguilar. | 0.40 | $74.00 |
| 2/27/2015 | EK | Telephone call with client. Speak with Marshall Hardison over the phone regarding the permit issues. Call Bill Zeeman at Department of Natural Resources and leave a message. Speak with Beth Aubuchon regarding the issue. Email client concerning the permit issue and how they would like to handle the situation. Research regarding transfer of permits and whether that is possible. Telephone call with client regarding issues. Email Cullen Kuhn regarding permits. | 2.30 | $425.50 |

|  | | Billable Hours / Fees: | 19.60 | $3,626.00 |

## Cost Summary

| Description | Amount |
|---|---|
| Photocopies | $2.00 |
| Postage | $1.92 |
| **Total Costs** | **$3.92** |

**Continued On Next Page**

**Client Number:** 11-0143

**Matter Number:** 2013-526

2/28/2015

Page: 4

| | |
|---|---|
| **Prior Balance:** | $3,139.26 |
| **Payments Received:** | $0.00 |
| **Unpaid Prior Balance:** | $3,139.26 |
| **Current Fees:** | $3,626.00 |
| **Advanced Costs:** | $3.92 |
| **TOTAL AMOUNT DUE:** | $6,769.18 |

Thank you for your confidence in allowing
me to perform these services for you.

### O'Loughlin, O'Loughlin & Koetting, L.C.
Attorneys at Law
1736 North Kingshighway
Cape Girardeau, MO  63701
Telephone: 573-334-9104
Fax: 573-334-5256

March 31, 2015

MMD Stone, LLC
1021 Emile Road
Saint Martinville, LA  70582

Client Number:  11-0143  M. Matt Durand
Matter Number:  2013-526  MMD Stone, LLC (Chapter 11)
**For Services Rendered Through 3/31/2015.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 3/2/2015 | EK | Telephone call with client regarding permit issue. Email Cullen Kuhn. | 0.20 | $37.00 |
| 3/2/2015 | EK | Review and respond to email from Cullen Kuhn. | 0.10 | $18.50 |
| 3/3/2015 | EK | Telephone call with client regarding Cooperative Agreement. | 0.20 | $37.00 |
| 3/4/2015 | EK | Telephone call with client concerning status. | 0.10 | $18.50 |
| 3/9/2015 | EK | Review email from Cullen Kuhn and Landlords Consent and Release. Forward to Don and Matt for their review and ask them regarding the other issues raised in Cullen's email. Respond to Cullen Kuhn and let him know I will get back with him this afternoon with responses and a time to discuss the operational issues. | 0.40 | $74.00 |
| 3/9/2015 | EK | Telephone call with client. Telephone call with Cullen Kuhn. Review and respond to emails. Review Cape Sands letter prepared by Cullen Kuhn. | 1.10 | $203.50 |
| 3/11/2015 | EK | Review and respond to email from Cullen Kuhn regarding budget estimates. Email client regarding budget issues and forward contact information for Seth at Sabal. | 0.60 | $111.00 |
| 3/12/2015 | EK | Review emails sent to Sabal by Matt Durand. | 0.10 | $18.50 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 3/16/2015 | EK | Review and respond to emails from client regarding conversations with Sabal and visit to the area this week. | 0.20 | $37.00 |
| 3/18/2015 | EK | Prepare Application for Attorney Fees, Notice of Hearing and Summary of Application for Attorney Fees, Order and Certificate of Service. | 1.20 | $222.00 |
| 3/18/2015 | EK | Discuss the most recent meeting between MMD and possible investors in the quarry. | 0.20 | $37.00 |
| 3/18/2015 | EK | Telephone call with Don Navarro concerning recent meetings and conversation with Tim regarding permits. | 0.20 | $37.00 |
| 3/24/2015 | EK | Review Cullen Kuhn's email. Forward to client. Review response and email Cullen Kuhn with response to his inquiry. | 0.20 | $37.00 |
| 3/27/2015 | EK | Review email from Cullen Kuhn. Forward to client for review. | 0.20 | $37.00 |
| 3/30/2015 | EK | Review Operational Services Agreement. Prepare email to client regarding review of the document. | 0.80 | $148.00 |
| 3/30/2015 | EK | Telephone call with Brent concerning tax assessment. | 0.20 | $37.00 |
| | | **Billable Hours / Fees:** | 6.00 | $1,110.00 |

| | |
|---|---|
| **Prior Balance:** | $6,769.18 |
| **Payments Received:** | $0.00 |
| **Unpaid Prior Balance:** | $6,769.18 |
| **Current Fees:** | $1,110.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | $7,879.18 |

Thank you for your confidence in allowing
me to perform these services for you.